COMMONWEALTH of Pennsylvania, Respondent,

v.

David G. EBERSOLE, Jr., Petitioner.

Supreme Court of Pennsylvania.

June 21, 2005.

## ORDER

PER CURIAM.

AND NOW, this 21st day of June, 2005, the petition for allowance of appeal is GRANTED. The Order of the Superior Court is VACATED and the matter is REMANDED to that court for disposition of the appeal on its merits. *See, Common-*

hearsay evidence is strictly limited to cases where there is both corroborating evidence and where no objection was made on the record.").

*wealth v. Hess,* 570 Pa. 610, 810 A.2d 1249 (2002).